# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2025

*The Court of Appeals hereby passes the following order*

**A25I0252. KAREN D. DAVIS v. LOUISE H. CHAPMAN.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

24798



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 27, 2025.*

    *I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*